## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **GEORGE CARY, individually and as the personal representative of the Estate of LILIAN CARY,** <br><br>                                                        **Plaintiff,** <br><br> **v.** <br><br> **NEW ENGLAND COMPOUNDING PHARMACY, INC. d/b/a NEW ENGLAND COMPOUNDING CENTER,  et al.,** <br><br>                                                        **Defendants.** | Civil Action No. 13-cv-10228-FDS |

## NOTICE OF APPEARANCE

NOW COMES Edward D. Rapacki of the firm of Ellis & Rapacki LLP and enters his appearance as counsel for Plaintiff George Cary, individually and as the personal representative to the Estate of Lilian Cary, in the above-captioned matter.

                                          Respectfully submitted,
                                          For the Plaintiff,

                                          __/s/Edward D. Rapacki__
                                          Edward D. Rapacki, BBO # 411910
                                          ELLIS & RAPACKI LLP
                                          85 Merrimac Street, Suite 500
                                          Boston, MA 02114
                                          telephone: (617) 523-4800
                                          facsimile: (617) 523-6901
                                          *erapacki@ellisrapacki.com*

Dated:    February 15, 2013

2

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 15th day of February 2013, true and accurate copies of this document and the accompanying memorandum of law filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.


                                                   __/s/Edward D. Rapacki__
                                                   Edward D. Rapacki